UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| LODENCE ALFRED TURNBULL | CIVIL ACTION NO. 05-1818-A |
|---|---|
| -vs- | JUDGE DRELL |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the petition for writ of habeas corpus, 28.U.S.C. § 2241, be DENIED and DISMISSED WITH PREJUDICE.

In so ruling, the Court notes with particularity the determination that Plaintiff had already failed to file his "2255 motion" timely. The failure to have a transcript would not have prevented the timely filing of the motion, at least initially. Thus, the result here is dictated by the untimeliness determination made in the federal courts in Virginia.

SIGNED on this 12th day of October, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge